ELIZABETH J. SHAPIRO
Deputy Director
AMY POWELL
Trial Attorney
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 5377
Washington, D.C. 20001
Telephone: 202-514-9836
Facsimile: 202-616-8517
Amy.Powell@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMENDMENT COALITION,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | No. CIV 12-1013 - CW<br><br>DEFENDANT'S ANSWER |

## DEFENDANT'S ANSWER

Defendant, the United States Department of Justice ("DOJ"), by its attorneys, answers the complaint upon information and belief as follows:

    1.    States that the allegations in paragraph 1 constitute a characterization of this action to which no response is required.

    2.    Admits that the United States Government uses drones in military operations in the war in Afghanistan. Denies knowledge or information sufficient to form a belief as to the truth of the allegations regarding the remainder of this paragraph, except admits that drone strikes have been a topic of public discussion.

Def's Answer - 1
CIV 12-1013-CW

3. Neither admits nor denies the allegations in the first sentence of paragraph 3, pursuant to 5 U.S.C. § 552(b)(1), except admit that al-Awlaki was killed in or around September 2011. Admits the second and third sentences. Admits that the President made a public statement about the death of Anwar al-Awlaki. The remainder of paragraph 3 characterizes statements by the President, to which the Court is respectfully referred for a full and accurate statement of their contents.

4. States that this paragraph purports to characterize media reports concerning an alleged OLC memorandum, and the Court is respectfully referred to those media reports for a complete and accurate statement of their contents.

5. States that the allegations in paragraph 5 constitute a characterization of this action to which no response is required.

6. States that the allegations in paragraph 6 are legal conclusions and/or statements of opinion to which no response is required, except admits that lethal operations have been a topic of public discussion.

7. States that the allegations in paragraphs 7 constitute legal conclusions to which no response is required.

8. States that the allegations in paragraph 8 constitute legal conclusions to which no response is required.

9. Denies knowledge or information sufficient to form a belief as to the truth of allegations in paragraph 9.

10. Admits the allegations in paragraph 10.

Def's Answer - 2
CIV 12-1013-CW

11. Admits that FAC made a FOIA request to the DOJ's Office of Legal Counsel ("OLC"), and respectfully refers the Court to that request for a complete and accurate statement of its contents.

12. Admits that OLC responded to FAC's FOIA request, and respectfully refers the Court to that response for a complete and accurate statement of its contents.

13. Admits that FAC filed an administrative appeal, and respectfully refers the Court to that appeal for a complete and accurate statement of its contents.

14. States that the allegations in this paragraph constitute legal conclusions to which no response is required.

15. Denies the first and third sentences in this paragraph. States that the allegations in the second sentence are either legal conclusions or statements of opinion to which no response is required.

16. Repeats the responses to paragraph 1-15, above.

17. Denies the allegations in paragraph 17.

18. Denies the allegations in paragraph 18.

The remainder of the complaint contains a request for relief, to which no response is required. To the extent a response is required, Defendant denies the allegations contained in the remainder of the complaint and states that Plaintiff is not entitled to the requested relief or any other relief from Defendant.

Defendant denies all allegations in Plaintiff's complaint not expressly admitted or denied.

Def's Answer - 3
CIV 12-1013-CW

## FIRST DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted.

WHEREFORE, Defendant is entitled to judgment dismissing Plaintiff's complaint with prejudice and granting such further relief as the Court deems just, including costs and disbursements.

Respectfully submitted this 30th day of March, 2012.

STUART DELERY
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

By___\s\Amy E. Powell___

AMY POWELL
Trial Attorney
Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.,
Room 5377
Tel: (202) 514-9836
Washington, D.C. 20001
Amy.Powell@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2012, I caused to be electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Thomas R. Burke
*thomasburke@dwt.com*


   /s/ Amy E. Powell

Def's Answer - 5
CIV 12-1013-CW