THOMAS R. BURKE (State Bar No. 141930)
JEFF GLASSER (State Bar No. 252596)
JONATHAN L. SEGAL (State Bar No. 264238)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com; jeffglasser@dwt.com; jonathansegal@dwt.com

Attorneys for Plaintiff
FIRST AMENDMENT COALITION

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIRST AMENDMENT COALITION,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. **CV 12-01013 DMR**<br>Assigned to the Hon. Claudia Wilken<br><br>**DECLARATION OF THOMAS R. BURKE IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT AND OMNIBUS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: TBD<br>Hearing Time: TBD<br>Place: Oakland Courthouse<br>　　　　　Courtroom 2 |

## DECLARATION OF THOMAS R. BURKE

I, Thomas R. Burke, declare:

1. I am an attorney admitted to practice before all the courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP, and lead counsel for Plaintiff First Amendment Coalition in this matter. The matters stated below are true of my own personal knowledge.

2. Attached as Exhibit A is a true and correct copy of the Declaration of John Bies in support of Defendant's Motion for Summary Judgment, filed in *New York Times v. DOJ*, No. 11-cv-9336 (S.D.N.Y), Docket No. 15.

3. Attached as Exhibit B is a true and correct copy of the Memorandum of Law in Support of Plaintiff's Cross-Motion for Partial Summary Judgment And In Opposition to Defendant's Motion for Summary Judgment, filed in *New York Times v. DOJ*, No. 11-cv-9336 (S.D.N.Y), Docket No. 20.

4. Attached as Exhibit C is a true and correct copy of the Memorandum of Law In Support of Defendant's Motion for Summary Judgment, filed in *New York Times v. DOJ*, No. 11-cv-9336 (S.D.N.Y), Docket No. 12, in which the Government seeks only to justify its *Glomar* response under Exemptions 1 and 3 to the Freedom of Information Act. Declaration of Thomas R. Burke, Ex. C.

5. Attached as Exhibit D is a true and correct copy of an article published by CBS News on September 30, 2011, entitled "Obama: Anwar al-Awlaki's death a 'major blow' to al Qaeda and affiliates" describing remarks made by President Barack Obama regarding the killing of Anwar al-Awlaki, which includes President Obama's remark that al-Awlaki's death was "a tribute to the U.S. intelligence community and the efforts of leaders in Yemen." Under my direction, this article was downloaded from http://www.cbsnews.com/8301-503544_162-20113915-503544.html, which also contains a video of Obama's remarks.

6. Attached as Exhibit E is a true and correct copy of a transcript of remarks made by President Obama regarding the killing of Anwar al-Awlaki, on September 30, 2011, which includes President Obama's remark that al-Awlaki's death was "a tribute to the U.S. intelligence community

and the efforts of leaders in Yemen." Under my direction, this transcript was downloaded from http://www.whitehouse.gov/the-press-office/2011/09/30/remarks-president-change-office-chairman-joint-chiefs-staff-ceremony.

7. Attached to this declaration as Exhibit F is a true and correct copy of a transcript of an interview of Defense Secretary Leon Panetta on May 27, 2012. Under my direction, this transcript was downloaded from http://www.defense.gov/transcripts/transcript.aspx?transcriptid=5041.

8. Attached as Exhibit G is a true and correct copy of a transcript of remarks made by John Brennan, Assistant to the President for Homeland Security and Counterterrorism Strategy, on April 30, 2012. Under my direction, this transcript was downloaded from http://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy.

9. Attached as Exhibit H is a true and correct copy of transcript of remarks made by Attorney General Eric Holder on March 5, 2012. Under my direction, this transcript was downloaded from http://www.justice.gov/iso/opa/ag/speeches/2012/ag-speech1203051.html.

10. Attached to this declaration as Exhibit I is a true and correct copy of a transcript of remarks by Jeh Johnson, General Counsel of the Department of Defense, on February 22, 2012. Under my direction, this transcript was downloaded from http://www.cfr.org/national-security-and-defense/jeh-johnsons-speech-national-security-law-lawyers-lawyering-obama-administration/p27448.

11. On September 5, 2012, President Obama conducted an interview with CNN, stating there is "no doubt that when an American has made the decisions to affiliate itself with al-Qaeda and target fellow Americans that there is a legal justification for us to try to stop them from carrying out plots. What is also true though is that as an American citizen they are subject to the protections of the constitution and due process." A video of the interview is available at http://security.blogs.cnn.com/2012/09/05/obama-reflects-on-drone-warfare/.

12. Additionally, attached to this declaration as Exhibit J is a true and correct copy of a transcript of President Obama's September 5, 2012, interview with CNN. Under my direction, this

transcript was downloaded from http://www.thebureauinvestigates.com/2012/09/06/obamas-five-rules-for-covert-drone-strikes/.

13. Attached to this declaration as Exhibit K is a true and correct copy of an article entitled "Release the al-Aulaqi OLC opinion, Or Its Reasoning" by Jack Goldsmith, the former head of the Office of Legal Counsel, published by Lawfare on October 3, 2011. Under my direction, this transcript was downloaded the article from http://www.lawfareblog.com/2011/10/release-the-al-aulaqi-olc-opinion-or-its-reasoning/.

14. Attached to this declaration as Exhibit L is a true and correct copy of a transcript of former Rep. Jane Harman's interview with CNN, broadcast on Oct. 2, 2011. Under my direction, this transcript was downloaded from http://transcripts.cnn.com/TRANSCRIPTS/1110/02/sotu.01.html.

15. Attached to this declaration as Exhibit M is a true and correct copy of an article entitled "Panetta Praises Libya Campaign, Thanks Troops" reporting remarks by Defense Secretary Leon Panetta in October, 2011, published by Voice of America on October 6, 2011. Under my direction, this article was downloaded from http://www.voanews.com/content/panetta-praises-libya-campaign-thanks-troops-131370363/146328.html.

16. Attached to this declaration as Exhibit N is a true and correct copy of a Northern District of California ruling in *Nat'l Security Archive v. DOJ*, No. 99-1160, at 17 (D.D.C. July 31, 2000).

17. Attached to this declaration as Exhibit O is a true and correct copy of a transcript of a congressional hearing from December 14, 2011, wherein FBI Director Robert Mueller states that "we have captured or killed many al Qaeda leaders and operatives, including Osama bin Laden and Anwar al-Awlaki. . .." Under my direction, this transcript was downloaded from http://www.gpo.gov/fdsys/pkg/CHRG-112shrg74263/pdf/CHRG-112shrg74263.pdf.

18. Attached to this declaration as Exhibit P is a true and correct copy of a transcript of a speech delivered by Harold Hongju Koh, Legal Advisor, United States Department of State, on March 25, 2010. Under my direction, this transcript was downloaded from http://www.state.gov/s/l/releases/remarks/139119.htm.

19. Attached to this declaration as Exhibit Q is a true and correct copy of a transcript of a Google+ Hangout on January 30, 2012, featuring President Obama answering questions online from Internet users. Under my direction, this transcript was downloaded from http://lybio.net/barack-obama-your-interview-with-the-president-2012/people/.

20. Attached to this declaration as Exhibit R is a true and correct copy of a transcript of remarks by former CIA Director Leon Panetta on May 18, 2009. Under my direction, this transcript was downloaded from https://www.cia.gov/news-information/speeches-testimony/directors-remarks-at-pacific-council.html.

21. Attached to this declaration as Exhibit S is a true and correct copy of a ProPublica report entitled "Stacking Up the Adminstration's Drone Claims," published by ProPublica on September 13, 2012, which catalogues Obama Administration statements regarding the use of drones. Under my direction, this report was downloaded from http://projects.propublica.org/graphics/cia-drones-strikes.

22. Attached to this declaration as Exhibit T is a true and correct copy of a transcript of remarks delivered by President Obama on *The Tonight Show* on October 26, 2011. Under my direction, this transcript was downloaded from http://www.nationaljournal.com/whitehouse/transcript-of-president-obama-s-interview-on-the-tonight-show-with-jay-leno-20111026.

23. Attached to this declaration as Exhibit U is a true and correct copy of a transcript of remarks delivered by Defense Secretary Leon Panetta on September 31, 2011. Under my direction, this transcript was downloaded from http://www.defense.gov/transcripts/transcript.aspx?transcriptid=4890.

24. Attached to this declaration as Exhibit V is a true and correct copy of a transcript of an interview of Defense Secretary Leon Panetta on June 27, 2010. Under my direction, this transcript was downloaded from http://abcnews.go.com/ThisWeek/week-transcript-panetta/story?id=11025299#.UGx9eY38vEh.

25. Attached to this Declaration as Exhibit W is a true and correct copy of an article entitled "Blair, on Defensive, Releases a Secret Memo on Iraq War," published by the New York

DAVIS WRIGHT TREMAINE LLP

Times on April 29, 2005. Under my direction, this article was downloaded from http://www.nytimes.com/2005/04/29/international/europe/29britain.html.

26. Attached to this Declaration as Exhibit X is a true and correct copy of a memorandum by United Kingdom Attorney General Lord Goldsmith, addressing the legality of the UK's participation in the Iraq war. Under my direction, part 1 of the memo was downloaded from http://www.guardian.co.uk/politics/2005/apr/28/election2005.uk, and part 2 of the memo was downloaded from http://www.guardian.co.uk/politics/2005/apr/28/election2005.uk1.

27. On June 10, 2012, "60 Minutes," broadcast an interview with Defense Secretary Leon Panetta, wherein he nodded in response to the statement "You killed al-Awlaki, American citizen, no trial, no due process, you just executed the death penalty," and then discussed the legal basis for killing U.S. citizens. A video of that broadcast is available at http://www.cbsnews.com/video/watch/?id=7396830n. A true and correct copy of a transcript of that interview is attached as Exhibit Y to this declaration.

28. Attached to this Declaration as Exhibit Z is a true and correct copy of a cable, published by WikiLeaks on November 30, 2010, detailing how General David Petraeus met with then-President Ali Abdullah Saleh to discuss an agreement between the United States and Yemen allowing the United States to carry out targeted killing missile strikes in Yemen. Under my direction, this cable was downloaded from http://wikileaks.org/cable/2010/01/10SANAA4.html.

29. Attached to this Declaration as Exhibit AA is a true and correct copy of a transcript of remarks delivered by CIA General Counsel Stephen W. Preston at Harvard Law School on April 10, 2012. Under my direction, this transcript was downloaded from https://www.cia.gov/news-information/speeches-testimony/2012-speeches-testimony/cia-general-counsel-harvard.html.

30. Attached to this Declaration as Exhibit BB is a true and copy of a transcript of a press briefing by White House Press Secretary Jay Carney on September 30, 2011. Under my direction, this transcript was downloaded from http://www.whitehouse.gov/the-press-office/2011/09/30/press-briefing-press-secretary-jay-carney.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 5th day of October 2012, at San Francisco, California.

/s/ Thomas R. Burke
Thomas R. Burke

DAVIS WRIGHT TREMAINE LLP