IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMENDMENT COALITION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant.<br>_____/ | No. C 12-1013 CW<br><br>ORDER STRIKING PLAINTIFF'S SEPARATE EVIDENTIARY OBJECTIONS (Docket No. 33) AND GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT |

　　　　On October 5, 2012, Plaintiff First Amendment Coalition filed its twenty-five page cross-motion for summary judgment and opposition to Defendant United States Department of Justice's motion for summary judgment. Docket No. 31. Plaintiff concurrently filed a separate document setting forth objections to the evidence offered by Defendant in support of its summary judgment. See Docket No. 33. This document contains twenty-three pages of text.

　　　　Civil Local Rule 7-3(a) provides that, when a party files an opposition to a motion, "[a]ny evidentiary and procedural objections to the motion must be contained within the brief or memorandum," which may not exceed twenty-five pages of text. See also Docket No. 29 (Plaintiff's opposition and cross-motion to be contained in a single brief of twenty-five pages or less). In violation of Rule 7-3, Plaintiff has filed its evidentiary objections separately from its brief. Further, between the two documents, Plaintiff has filed forty-eight pages of text.

Accordingly, the Court STRIKES Plaintiff's evidentiary objections (Docket No. 33). Plaintiff is granted leave to amend and refile its opposition and cross-motion incorporating any evidentiary objections, within two Court days of the date of this Order. Plaintiff's amended opposition and cross-motion shall not exceed twenty-five pages.

IT IS SO ORDERED.

Dated: 10/9/2012

CLAUDIA WILKEN
United States District Judge