IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMENDMENT COALITION, | No. C 12-1013 CW |
|     Plaintiff, | ORDER SETTING SCHEDULE FOR FURTHER BRIEFING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT |
|     v. | |
| U.S. DEPARTMENT OF JUSTICE, | |
|     Defendant. | |
| _____/ | |

On July 24, 2012, the Court granted in part Defendant United States Department of Justice's motion to stay this action pending resolution of two related cases that were then pending before the United States District Court for the Southern District of New York. At that time, the Court stated that it would not rule on the cross-motions for summary judgment in the instant case until the SDNY issued its ruling in the related cases and that, if the SDNY's ruling did not render the instant case moot, the Court would set a hearing date on the cross-motions after that ruling was issued and might order supplemental briefing prior to the hearing.

Plaintiff First Amendment Coalition has now notified the Court that the SDNY has issued its ruling in the cases before it.[1] The Court notes that the SDNY declined to order disclosure of the

_____

[1] Plaintiff first notified the Court that the SDNY issued its ruling on January 2, 2013 and later filed a second notice, stating that the SDNY issued a revised order on January 3, 2013. See Docket Nos. 43 and 44.

memorandum at issue in this suit and thus that the instant case was not rendered moot by that ruling.

Plaintiff requests an opportunity to file a supplemental brief addressing the SDNY's opinion, particularly the court's discussion of in camera review of the withheld document.

Good cause appearing, the Court grants Plaintiff's request. Within two weeks of the date of this Order, Plaintiff may file a supplemental brief, of ten pages or less, addressing the SDNY ruling. Within two weeks thereafter, Defendant shall file a supplemental brief, of ten pages or less, responding to Plaintiff's brief and addressing the SDNY ruling.

The Court will set a hearing on the cross-motions for summary judgment if and when necessary.

IT IS SO ORDERED.

Dated: 1/10/2013

CLAUDIA WILKEN
United States District Judge