ELIZABETH J. SHAPIRO
Deputy Director
AMY POWELL
Trial Attorney
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 5377
Washington, D.C. 20001
Telephone: 202-514-9836
Facsimile: 202-616-8517
Amy.Powell@usdoj.gov
*Attorneys for Defendants*

THOMAS R. BURKE (State Bar No. 141930)
JEFF GLASSER (State Bar No. 252596)
JONATHAN L. SEGAL (State Bar No. 264238)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com; jeffglasser@dwt.com;
              jonathansegal@dwt.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMENDMENT COALITION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. CIV 12-1013 - CW<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT TO SCHEDULE |

### STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT TO

### SCHEDULE

   Pursuant to Local Civil Rule 6-2, the parties stipulate to an amendment to the current

briefing schedule. The parties jointly propose the following new schedule:

Stip re Schedule - 1
CIV 12-1013-CW

On or before November 8, 2013, the Government will file a combined opposition to Plaintiff's cross-motion and reply memorandum.

On or before November 22, 2013, Plaintiff will file a reply in support of its cross-motion.

A hearing will be held on the cross-motions on December 5, 2013.

In accordance with Rule 6-2, a supporting Declaration is attached.

Respectfully submitted this 21st day of October, 2013.

>STUART DELERY
>Assistant Attorney General
>ELIZABETH J. SHAPIRO
>Deputy Branch Director
>
>By  \s\Amy E. Powell
>
>AMY POWELL
>Trial Attorney
>Department of Justice
>Civil Division
>Federal Programs Branch
>20 Massachusetts Avenue, N.W.,
>Room 5377
>Tel: (202) 514-9836
>Washington, D.C. 20001
>Amy.Powell@usdoj.gov
>
>*Attorneys for Defendant*
>
>By  \s\Thomas R. Burke
>THOMAS R. BURKE (State Bar No. 141930)
>JEFF GLASSER (State Bar No. 252596)
>JONATHAN L. SEGAL (State Bar No. 264238)
>DAVIS WRIGHT TREMAINE LLP
>505 Montgomery Street, Suite 800
>San Francisco, California 94111
>Telephone: (415) 276-6500
>Facsimile: (415) 276-6599
>Email: thomasburke@dwt.com
>*Attorneys for Plaintiff*

1  PURSUANT TO SITPULATION, IT IS SO ORDERED.

4  DATED:  10/24/2013                              _____
5                                                  U.S. DISTRICT COURT JUDGE
                                                   CLAUDIA WILKEN

Stip re Schedule - 3
CIV 12-1013-CW