THOMAS R. BURKE (State Bar No. 141930)
JONATHAN L. SEGAL (State Bar No. 264238)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:          thomasburke@dwt.com; jonathansegal@dwt.com

Attorneys for Plaintiff
FIRST AMENDMENT COALITION

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIRST AMENDMENT COALITION,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. **CV 12-01013 CW**<br>[Assigned to the Hon. Claudia Wilken]<br><br>**STIPULATION RE: HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiff First Amendment Coalition and Defendant United States Department of Justice (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, the Court has ordered the Parties to confer and agree upon a hearing date after January 2, 2014 for the Parties' Cross-Motions for Summary Judgment;

WHEREAS, counsel for the Parties are available on January 23, 2014;

THEREFORE, the Parties stipulate and agree that:

The hearing on the Parties' Cross-Motions for Summary Judgment shall be set for January 23, 2014, at 2 p.m.

DATED: This 4th day of December, 2013    DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke
Thomas R. Burke
Attorneys for Plaintiff
FIRST AMENDMENT COALITION

DATED: This 4th day of December, 2013

By: /s/ Amy Powell
Amy Powell
Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Thomas R. Burke, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Thomas R. Burke
Thomas R. Burke



IT IS SO ORDERED
Judge Claudia Wilken