ELIZABETH J. SHAPIRO
Deputy Director
AMY POWELL
Trial Attorney
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 5377
Washington, D.C. 20001
Telephone: 202-514-9836
Facsimile: 202-616-8517
Amy.Powell@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMENDMENT COALITION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. CIV 12-1013 - CW<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

## **DEFENDANT'S NOTICE OF RECENT AUTHORITY**

The government hereby notifies the Court of the D.C. Circuit's recent decision in *Electronic Frontier Foundation v. U.S. Dep't of Justice,* No. 12-5363, 2014 WL 25916 (Jan. 3, 2014) (slip op. attached hereto). This opinion is relevant to the Exemption 5 issues currently pending before the Court.

Respectfully submitted this 16th day of January, 2014.

                    STUART DELERY
                    Acting Assistant Attorney General
                    ELIZABETH J. SHAPIRO
                    Deputy Branch Director

                    By  \s\Amy E. Powell

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMY POWELL
Trial Attorney
Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.,
Room 5377
Tel:  (202) 514-9836
Washington, D.C. 20001
Amy.Powell@usdoj.gov

*Attorneys for Defendant*

Notice of Suppl. Authority - 2
CIV 12-1013-CW

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2014, I caused to be electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Thomas R. Burke
*thomasburke@dwt.com*


   */ s/ Amy E. Powell*

Notice of Suppl. Authority - 3
CIV 12-1013-CW