

Suite 800
505 Montgomery Street
San Francisco, CA 94111-6533

**Thomas R. Burke**
(415) 276-6552 tel
(415) 276-6559 fax

thomasburke@dwt.com

January 21, 2014

Hon. Claudia Wilken
Oakland Courthouse
Courtroom 2 - 4th Floor
1301 Clay Street
Oakland, CA 94612

Re:   First Amendment Coalition v. U.S. Department of Justice
      Case No. CV 12-01013 CW

Dear Judge Wilken:

On behalf of Plaintiff First Amendment Coalition ("FAC"), we write to correct an error we discovered in FAC's Reply brief as we were preparing for the hearing scheduled for this coming Thursday, January 23.

On Page 5 of FAC's Reply in Support Of Cross-Motion for Summary Judgment, lines 12-14 and 21-22, we inadvertently misquoted the record in this case. Instead of stating that White House spokesman Jay Carney responded to a question about a "memo," which he said was "classified OLC materials," the sentence should state that he responded to a question about "documents" that he said were "classified OLC advice."

In full, the exchange, which is contained in Exhibit KK to FAC's Cross-Motion for Summary Judgment, reads as follows:

> Q   But so, there are legal groups obviously that are highly interested in the sort of fundamental questions that you talked about and the debate you say the President is interested in who say that there is no way to really have those kinds of legal arguments without some form of the documents in question. So the answer is that those folks should not expect to be seeing any -
>
> MR. CARNEY:  Again, this is an extraordinary accommodation because of the unique subject matter at issue, and this is provision of classified OLC advice to members of Congress who have oversight. The fact is, if they're looking for legal rationales, there has been an effort, and that effort will continue. I'm not saying

DWT 23407360v1 0200441-000001

Anchorage   New York       Seattle
Bellevue    Portland       Shanghai
Los Angeles San Francisco  Washington, D.C.

www.dwt.com

January 21, 2014
Page 2

      that the effort to provide information and engage in this discussion will not continue. It will. I'm just not going to address specific classified information beyond the action that was taken last night.

    While we do not believe that this misquote affects the substance of the statement or argument in any way, we apologize for any inconvenience caused by the oversight.

Respectfully submitted,

Davis Wright Tremaine LLP

/s/ Thomas R. Burke

Thomas R. Burke