IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
FIRST AMENDMENT COALITION,                    No. C 12-01013 CW

        Plaintiff,                            JUDGMENT

     v.

US DEPARTMENT OF JUSTICE,

        Defendant.
_____/
```

For the reasons set forth in this Court's Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Cross Motion for Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 11th day of April, 2014.

RICHARD W. WIEKING
Clerk of Court

By:  _____

Deputy Clerk