ELIZABETH J. SHAPIRO
Deputy Director
AMY POWELL
Trial Attorney
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 5377
Washington, D.C. 20001
Telephone: 202-514-9836
Facsimile: 202-616-8517
Amy.Powell@usdoj.gov
*Attorneys for Defendants*

THOMAS R. BURKE (State Bar No. 141930)
JONATHAN L. SEGAL (State Bar No. 264238)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:        thomasburke@dwt.com;
              jonathansegal@dwt.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMENDMENT COALITION,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>     Defendant. | No. CIV 12-1013 - CW<br><br>STATUS REPORT AND PROPOSED SCHEDULE |

### **JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Pursuant to the Court's order dated May 22, 2014, the parties hereby notify the Court of the status of the remaining issues:

A redacted version of the OLC-DOD memorandum at issue in this case has been made available to the public.

The Government anticipates completion of processing of one additional responsive OLC memorandum on or before August 15, 2014.  The Government has confirmed that this is the only additional responsive document uncovered in the search described in the Bies declaration.  *See* ECF No. 63-1.

Counsel for the parties have conferred and propose to stay any further briefing on the motion for reconsideration in order to complete processing of the remaining document and to attempt to resolve any remaining differences between the parties.  The parties propose that they file an additional status report notifying the Court of any remaining areas of dispute on or before August 28, 2014.  Plaintiff anticipates that it may also seek vacatur of the Court's memorandum opinion at that time and may seek attorney's fees.

Respectfully submitted this 10th day of July, 2014.

        STUART DELERY  
        Assistant Attorney General  
        ELIZABETH J. SHAPIRO  
        Deputy Branch Director

        By      \s\*Amy E. Powell*

        AMY POWELL  
        Trial Attorney  
        Department of Justice  
        Civil Division  
        Federal Programs Branch  
        20 Massachusetts Avenue, N.W.,  
        Room 5377  
        Tel:  (202) 514-9836  
        Washington, D.C. 20001  
        Amy.Powell@usdoj.gov

        *Attorneys for Defendant*

        By      \s\*Thomas R. Burke*  
        THOMAS R. BURKE (State Bar No. 141930)  
        JONATHAN L. SEGAL (State Bar No. 264238)  
        DAVIS WRIGHT TREMAINE LLP

1
2
3
4

505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email: thomasburke@dwt.com
*Attorneys for Plaintiff*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Status Report - 3
CIV 12-1013-CW