THOMAS R. BURKE (State Bar No. 141930)
JONATHAN L. SEGAL (State Bar No. 264238)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         thomasburke@dwt.com; jonathansegal@dwt.com

Attorneys for Plaintiff
FIRST AMENDMENT COALITION

AMY POWELL
Trial Attorney
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 5377
Washington, D.C. 20001
Telephone: 202-514-9836
Facsimile: 202-616-8517
Amy.Powell@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIRST AMENDMENT COALITION,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. **CV 12-01013 CW**<br>Assigned to the Hon. Claudia Wilken]<br><br>**JOINT STATUS REPORT REGARDING REMAINING AREAS OF DISPUTE AND PROPOSED BRIEFING SCHEDULE** |

Pursuant to the Court's Orders of May 22, 2014 and July 31, 2014, the Parties submit this joint status report.

On August 15, 2014, Defendant United States Department of Justice ("Defendant") released to Plaintiff First Amendment Coalition ("Plaintiff") a second memorandum pertaining to a contemplated CIA operation against Anwar al-Aulaqi. With that release, in addition to the earlier release of the OLC-DOD memorandum, the Parties believe that no substantive issues remain in the case.

However, the Parties have not reached agreement on two issues arising out of the suit:

1) Whether the Court's Order of April 11, 2014, should be vacated;

2) Whether First Amendment Coalition is entitled to attorneys' fees and costs under 5 U.S.C. § 552.

On the issue of vacating the Court's Order granting summary judgment, the Parties propose the following briefing schedule:

- Plaintiff's Motion to Vacate, limited to 10 pages, due on Sept. 25, 2014.
- Defendant's Opposition, limited to 10 pages, due on October 10, 2014.
- Plaintiff's Reply, limited to 5 pages, due on October 24, 2014.

The Parties have not reached agreement on next steps with respect to attorneys' fees and costs.

<u>Plaintiff's Position Regarding Next Steps on Attorneys' Fees</u>

On the issue of attorneys' fees, in light of Defendant's unwillingness to engage in settlement discussions regarding fees, Plaintiff proposes that court-ordered mediation would be the most efficient way to resolve the issue. If the Court determines that motion practice is the appropriate next step for a fees motion, then Plaintiff requests that it take place after the Court has ruled on a motion to vacate, and that Plaintiff receive at least 20 pages for the Motion and 15 pages on reply.

<u>Defendants' Position Regarding Next Steps on Attorney's Fees</u>

Defendant contends that Plaintiff is not eligible for or entitled to fees; in light of the fundamental nature of the disagreement, mediation would not be fruitful at this time. Defendant opposes waiting to brief fees until after a decision on the motion for vacatur and proposes the following briefing schedule for fees:

- October 3, 2014 – Plaintiff's Motion for Attorneys Fees and Costs, limited to 20 pages
- October 24, 2014 – Defendant's Opposition, limited to 20 pages
- November 7, 2014 – Plaintiff's Reply, limited to 5 pages.
-

DATED: This 28th day of August, 2014     DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke
   Thomas R. Burke
   Attorneys for Plaintiff
   FIRST AMENDMENT COALITION

DATED: This 28th day of August, 2014     U.S. DEPARTMENT OF JUSTICE

By: /s/ Amy Powell
   Amy Powell
   Attorneys for Defendant
   U.S. DEPARTMENT OF JUSTICE