IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMENDMENT COALITION, | No. C 12-1013 CW |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendant. | |

The parties in this case have filed a status report indicating that they agree that "no substantive issues remain in the case." Docket No. 94. However, the parties have not reached an agreement with respect to (1) whether the Court's April 11, 2014 summary judgment order should be vacated, or (2) whether Plaintiff is entitled to attorneys' fees and costs pursuant to 5 U.S.C. § 552. The parties jointly propose a briefing schedule for Plaintiff's motion to vacate the Court's summary judgment order. The Court adopts the parties' proposal. Plaintiff shall file a motion to vacate of no more than ten pages on or before September 25, 2014. Defendant shall file a response of no more than ten pages on or before October 10, 2014. Plaintiff may file a reply of no more than five pages on or before October 24, 2014. The matter will be decided on the papers unless the Court deems oral argument necessary.

With respect to Plaintiff's entitlement to fees and costs, Plaintiff shall file a motion for attorneys' fees and costs of no more than twenty pages on or before October 10, 2014. Defendant shall fill a response of no more than twenty pages on or before

October 31, 2014.  Plaintiff may file a reply brief of no more than ten pages on or before November 14, 2014.  The parties shall limit their briefing to the issue of whether Plaintiff is entitled to fees.  The matter will be decided on the papers unless the Court deems oral argument necessary.  If the Court finds that Plaintiff is entitled to fees and costs, it will set a further briefing schedule with respect to the amount of fees and costs to be awarded.

IT IS SO ORDERED.

Dated: 9/2/2014

CLAUDIA WILKEN
United States District Judge

2