THOMAS R. BURKE (State Bar No. 141930)
JONATHAN L. SEGAL (State Bar No. 264238)
KATHLEEN CULLINAN (State Bar No. 287604)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email: thomasburke@dwt.com; jonathansegal@dwt.com
kathleencullinan@dwt.com

Attorneys for Plaintiff
FIRST AMENDMENT COALITION

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIRST AMENDMENT COALITION,<br><br>    Plaintiff,<br><br>    vs.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. **CV 12-01013 CW**<br>Assigned to the Hon. Claudia Wilken<br><br>**DECLARATION OF THOMAS R. BURKE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS**<br><br>Hearing Date:     TBD<br>Hearing Time:    TBD<br>Place:               Oakland Courthouse<br>                       Courtroom 2 |

## DECLARATION OF THOMAS R. BURKE

I, Thomas R. Burke, declare:

1. I am an attorney admitted to practice before all the courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP, and lead counsel for Plaintiff First Amendment Coalition ("FAC") in this matter. The matters stated below are true of my own personal knowledge.

2. On April 11, 2014, this Court granted the Government's Motion for Summary Judgment and denied FAC's motion for summary judgment. Just days later, the United States Court of Appeal for the Second Circuit issued a unanimous decision in *New York Times Co. v. United States Department of Justice*, Appellate Case No. 13-422. That decision ordered the release of a memorandum from the Office of Legal Counsel to the United States Department of Defense ("OLC"), one of the two documents responsive to the FAC FOIA request at issue in this Freedom of Information Act case.

3. On May 8, 2014, FAC filed a motion seeking reconsideration of the Court's April 11, 2014, Order. On May 22, 2014, the Court ordered the parties to meet and confer regarding whether the Second Circuit opinion mooted this case once the time to appeal the Second Circuit's opinion had passed.

4. The Parties met and conferred pursuant the Court's May 22, 2014 Order. This took place in the form of a telephone conference on June 24, 2014, between myself, my colleague Jonathan Segal and Amy Powell, counsel for the DOJ. I explained FAC's position that the Second Circuit's Opinion did not moot the case. Specifically, FAC believed that beyond the release of the OLC-DOD Memorandum, substantive issues remained in this case regarding the Government's refusal to confirm or deny the existence of any additional responsive documents. I explained that FAC was entitled to the release of any other documents responsive to its FOIA request and was prepared to continue this litigation until this information was made public. In response, Ms. Powell volunteered that her client had a second OLC memorandum that it was prepared to produce to FAC that was responsive to its FOIA request. I encouraged Ms. Powell to promptly release it. She

explained that the DOJ was in the process of being reviewed and that the earliest it could be disclosed was August 15, 2014.

5. In a follow-up email sent to me on July 3, 2014, Ms. Powell wrote: "We propose to file a joint notice with the Court indicating that the Government has not sought further review on certain aspects of the Second Circuit ruling and that a redacted version of the OLC-DOD memorandum has been released. Accordingly, the parties would propose to stay any further briefing at this time in an effort to resolve any remaining differences. There is one additional OLC opinion related to Aulaqi that has never been disclosed. Defendant proposes to complete processing of that document on or before August 15 (and it may well be sooner; we are currently trying to negotiate a schedule in the NY matter). Assuming that Plaintiff is satisfied with the result of that processing, Defendant is hopeful that we can stipulate to dismissal of this matter." Ms. Powell later confirmed much of this information as a part of the parties' Joint Status report filed with the Court on July 10, 2014. A true and correct copy of that email is attached as **Exhibit A** to this declaration.

6. On August 15, 2014, DOJ released a second OLC Memorandum dated February 19, 2010, with the reference line: "Legal Operation Against Shaykh Anwar Aulaqui" which addressed "the legality of the Central Intelligence Agency's ("CIA") proposed use of lethal force in Yeman against Shaykh Anwar Aulaqui, a U.S. citizen who the CIA assesses is a senior leader of Al Qa'ida in the Arabian Peninsula." A true and correct copy of that document, and an email from Ms. Powell disclosing the document to FAC, is attached as **Exhibit B** to this declaration.

///

///

///

Case No. CV 12-01013 CW
DECLARATION OF THOMAS R. BURKE
DWT 25010515v1 0100535-000005

Page 3

7. Only with the release of OLC-CIA Memo, and the DOJ's confirmation that it, and the OLC-DOD Memo, comprised the entire universe of documents responsive to FAC's FOIA request, did FAC agree that no substantive issues remained to be litigated in this FOIA litigation.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed this ninth day of October 2014, at San Francisco, California.

/s/ Thomas R. Burke
Thomas R. Burke