THOMAS R. BURKE (State Bar No. 141930)
JONATHAN L. SEGAL (State Bar No. 264238)
KATHLEEN CULLINAN (State Bar No. 287604)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com;
              jonathansegal@dwt.com;
              kathaleencullinan@dwt.com

Attorneys for Plaintiff
FIRST AMENDMENT COALITION

# IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FIRST AMENDMENT COALITION,<br><br>           Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>           Defendant. | Case No.  **CV 12-01013 CW**<br>Assigned to the Hon. Claudia Wilken]<br><br>**DECLARATION OF JONATHAN L. SEGAL IN SUPPORT OF PLAINTIFF FIRST AMENDMENT COALITION'S MOTION FOR ATTORNEYS FEES AND COSTS**<br><br>Hearing Date:      TBD<br>Hearing Time:     TBD<br>Place:            Courtroom 2 – 4th Floor |

DAVIS WRIGHT TREMAINE LLP

## DECLARATION OF JONATHAN L. SEGAL

I, Jonathan L. Segal, declare:

1.    I am an attorney admitted to practice before all the courts of the State of California and before this Court.  I am an associate in the law firm of Davis Wright Tremaine LLP and am one of the attorneys, with my firm, representing Plaintiff First Amendment Coalition ("FAC") in this matter.  The matters stated below are true of my own personal knowledge and I could competently testify to them if called as a witness.

2.    Attached as **Exhibit C** to this Declaration is a true and correct copy of a letter received by FAC from the DOJ on June 21, 2014.

3.    Attached as **Exhibit D** to this Declaration is a true and correct transcript of remarks delivered by President Barack Obama at the National Defense University on May 23, 2013, which I downloaded on October 10, 2014, from http://www.whitehouse.gov/the-press-office/2013/05/23/remarks-president-national-defense-university.

4.    Attached as **Exhibit E** to this Declaration is a true and correct copy of an article by The Associated Press, *AP Sources: Justice Dept. To Reveal Drone Memo*, May 20, 2014, which I downloaded from http://www.nytimes.com/aponline/2014/05/20/us/politics/ap-us-drone-killing-memo-.html?ref=aponline&_r=0.

5.    Attached as **Exhibit F** to this Declaration is a true and correct copy of an article by Bob Egelko, *After white paper and secret memo, DOJ still can't 'confirm or deny'*, SFGate (San Francisco Chronicle), February 14, 2013, which I downloaded on October 10, 2014, from http://blog.sfgate.com/nov05election/2013/02/14/after-white-paper-and-secret-memo-doj-still-cant-confirm-or-deny/.

6.    Attached as **Exhibit G** to this Declaration is a true and correct copy of an article by David Ingram, *Lawsuits seek more than U.S. acknowledgement of drone killings,* Chicago Tribune, May 2, 2014, which I downloaded on October 10, 2014, from http://articles.chicagotribune.com/2013-05-23/news/sns-rt-usa-justicedrone-lawsuitsl2n0e412w-20130523_1_drone-attacks-drone-program-drone-killings.

7. Attached as **Exhibit H** to this Declaration is a true and correct copy of an article by Matt Ehling, *Drone controversy highlights the importance of government transparency*, MinnPost, February 25, 2013, which I downloaded on October 10, 2014, from http://www.minnpost.com/community-voices/2013/02/drone-controversy-highlights-importance-government-transparency.

8. Attached as **Exhibit I** to this Declaration is a true and correct copy of an article by Paul Elias, *Group demands DOJ memo authorizing drone strike*, Associated Press/Boston Globe, February 29, 2012, which I downloaded on October 10, 2014 from http://www.boston.com/news/nation/articles/2012/02/29/group_demands_doj_memo_authorizing_drone_strike/.

9. Attached as **Exhibit J** to this Declaration is a true and correct copy of an article by Kate Conger, *In the Dark*, San Francisco Bay Guardian, February 2, 2014, which I downloaded on October 10, 2014 from http://www.sfbg.com/print/2014/02/04/dark.

10. Attached as **Exhibit K** to this Declaration are true and correct copies of orders granting attorneys fees, confirming the fee award, and denying a motion for reconsideration from *Public Record Media, LLC v. U.S. Department of Justice*, Civil Case No. 12-cv-01225, which I downloaded on October 10, 2014 from PACER.

11. Attached as **Exhibit L** to this Declaration is a true and correct copy of an article by Peter Finn and Aaron Blake, *John Brennan confirmed as CIA director, but filibuster brings scrutiny of drone program*, The Washington Post, March 7, 2013, which I downloaded on October 10, 2014 from http://www.washingtonpost.com/politics/rand-paul-says-hes-satisfied-with-obama-administrations-response-on-drones/2013/03/07/9b20aa44-875d-11e2-98a3-b3db6b9ac586_story.html.

12. Attached as **Exhibit M** to this Declaration is a true and correct copy of a Google search I conducted on October 10, 2014, illustrating the great interest in the drone memoranda.

13. Attached as **Exhibit N** to this Declaration are true and correct copies of various news releases from FAC related to this case. I downloaded them on October 10, 2014, from http://firstamendmentcoalition.org/2014/08/us-releases-fac-new-legal-memo-2010-killing-aulaqi/;

DAVIS WRIGHT TREMAINE LLP

http://firstamendmentcoalition.org/2012/02/fac-sues-us-for-memo-on-lethal-targeting-of-al-qaeda-figure-us-citizen-al-awlaki-killed-in-2010-drone-strike/;
http://firstamendmentcoalition.org/2013/01/court-battles-continue-over-transparency-in-drone-targetted-killings/; and http://firstamendmentcoalition.org/2012/03/ag-holder-in-speech-describes-al-awlaki-lethal-targeting-memo-that-is-the-subject-of-recent-fac-suit/.

14.    Attached as **Exhibit O** to this Declaration is a true and correct copy of an article by Tim Sampson, *Obama administration to release secret memo justifying drone strikes on U.S. Citizens*, The Daily Dot, May 21, 2014, which I downloaded on October 10, 2014 from http://www.dailydot.com/news/justice-department-release-memo-drone-strike/.

15.    Attached as **Exhibit P** to this Declaration is a true and correct copy of an article by Bob Egelko, *Feds can hide rationale for killing U.S. Citizen, judge rules* SFGate (San Francisco Chronicle), April 15, 2014, which I downloaded on October 10, 2014 from http://www.sfgate.com/bayarea/article/Judge-Feds-can-hide-rationale-for-killing-U-S-5401933.php.

This declaration was executed on October 10, 2014, in Los Angeles, California.  I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

JONATHAN L. SEGAL

DAVIS WRIGHT TREMAINE LLP