UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 07 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FIRST AMENDMENT COALITION,

        Plaintiff - Appellant,

  v.

UNITED STATES DEPARTMENT OF
JUSTICE,

        Defendant - Appellee.

No. 15-15117

D.C. No. 4:12-cv-01013-CW
U.S. District Court for Northern
California, Oakland

**MANDATE**

The judgment of this Court, entered August 25, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Craig Westbrooke
        Deputy Clerk
        Ninth Circuit Rule 27-7