CHAD READLER
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director
ANDREA NEWMARK
Senior Counsel (D.C. Bar)
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm 7118
Washington, DC 20535
T: 202-514-4267
F: 202-616-8474
E: Andrea.Newmark@usdoj.gov
*Attorneys for Defendant*
*United States Department of Justice*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| First Amendment Coalition, <br> Plaintiff, <br> vs. <br> United States Department of Justice, <br> Defendant. | Case Number: CV 12-1013-CW <br><br> STIPULATION AND MODIFIED ORDER REFERRING THIS CASE TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE |

Subject to the Court's approval, Plaintiff and Defendant, through their undersigned counsel of record, HEREBY STIPULATE as follows:

1. On December 7, 2017, the Court of Appeals issued its mandate (ECF #119) remanding the above-captioned matter to this Court for a determination of First Amendment Coalition's entitlement to fees.

2. The parties are interested in settling the fee issue, and have begun negotiations towards that end.

*STIPUATION & MODIFIED ORDER CV-12-1013 CW*     Pg 1 of 2

3. The parties request a brief status call, preferably by telephone, to determine a schedule in the event they do not reach accord, and to discuss the possibility of court-sponsored mediation.

Respectfully Submitted,

Dated: February 28, 2018

CHAD READLER
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director

/s/
ANDREA NEWMARK
Senior Counsel
Federal Programs Branch
*Attorneys for Defendant*

Date: February 28, 2018

DAVIS WRIGHT TREMAINE, LLC

/s/

JONATHAN SEGAL
*Attorneys for Plaintiff*

## MODIFIED ORDER

Pursuant to stipulation, IT IS SO ORDERED. A telephone status conference is set for June 12, 2018 at 2:30 pm. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance no later than 3pm Pacific Time on June 11, 2018. This case is referred to Magistrate Judge Laurel Beeler for a settlement conference, to be held within 90 days of this order.

Date: March 5, 2018

CLAUDIA WILKEN
United States District Judge