THOMAS R. BURKE (State Bar No. 141930)
JONATHAN L. SEGAL (State Bar No. 264238)
DIANA PALACIOS (State Bar No. 290923)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com;
              jonathansegal@dwt.com
              dianapalacios@dwt.com

Attorneys for Plaintiff
FIRST AMENDMENT COALITION

JOSEPH H. HUNT
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director
ANDREA NEWMARK
Senior Counsel (D.C. Bar)
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 5377
Washington, D.C. 20001
Telephone: 202-514-9836
Facsimile: 202-616-8517
Attorneys for Defendant
UNITED STATES DEPARTMENT OF JUSTICE

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FIRST AMENDMENT COALITION,<br><br>    Plaintiff,<br><br> vs.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. **CV 12-01013 CW**<br>[Assigned to the Hon. Claudia Wilken]<br><br>**JOINT STATUS REPORT** |

# JOINT STATEMENT

Pursuant to the Court's Orders of July 5, 2018, Plaintiff First Amendment Coalition ("Plaintiff") and Defendant U.S. Department of Justice ("Defendant") respectfully submit this Joint Status Report to the Court in advance of the October 23, 2018 Status Conference.

On June 29, 2018, the district court referred the issue of Plaintiff's attorney fees to Magistrate Judge Beeler for mediation.  Judge Beeler held a day-long mediation on October 3, 2018; however, the parties were unable to settle.

Plaintiff intends to file a motion for attorneys' fees before this Court (for all fees incurred at both the District Court and the Ninth Circuit).  The Parties propose the following briefing schedule:

Plaintiff will file its fee motion by December 10, 2018.

Opposition will be filed no later than January 18, 2019.

Reply will be filed no later than February 19, 2019.

Sur-reply (if necessary to address arguments that appear for the first time on reply) will be filed by March 8, 2019.

The Parties request a hearing on the first available date after briefing is complete.

DATED: This 16th day of October, 2018

DAVIS WRIGHT TREMAINE LLP

By: */s/ Jonathan Segal*
    Attorneys for Plaintiff
    FIRST AMENDMENT COALITION

DATED: This 16th day of October, 2018
JOSEPH H. HUNT
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director

    */s/    Andrea Newmark*
ANDREA NEWMARK
Senior Counsel
Federal Programs Branch

*Attorneys for Defendant*
    U.S. DEPARTMENT OF JUSTICE

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jonathan Segal, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

By:    */s/ Jonathan Segal*

DAVIS WRIGHT TREMAINE LLP